DECISIONS PER CURIAM, FROM MAY 2, 1922, TO
AND INCLUDING JUNE 5, 1922, NOT INCLUD-
ING ACTION ON PETITIONS FOR WRITS OF
CERTIORARI.

No. 741. ALABAMA POWER COMPANY ET AL. *v.* BANKS S.
TALMADGE, AS ADMINISTRATOR, ETC.   Error to the Supreme
Court of the State of Alabama.   Motion to dismiss or
affirm submitted April 24, 1922.   Decided May 15, 1922.
*Per Curiam.*   Dismissed for the want of jurisdiction upon
the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100;
*Toop.* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont
Power & Light Co.* v. *Graham,* 253 U. S. 193, 195.   *Mr.
William.L. Martin* and *Mr. Perry W. Turner* for plaintiffs
in error.   *Mr. Ogden Persons* and *Mr. E. W. Pettus* for
defendant in error.